**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1098**

———————

TIGRESS SYDNEY ACUTE MCDANIEL,

             Plaintiff - Appellant,

        v.

CREDIT MANAGEMENT, LP; CHARTER COMMUNICATIONS, INC., d/b/a Spectrum,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-cv-00408-D-RN)

———————

Submitted:  May 21, 2024                                   Decided:  May 24, 2024

———————

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Tigress Sydney Acute McDaniel, Appellant Pro Se.  Caren D. Enloe, SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, Raleigh, North Carolina; Elizabeth C. King, CRANFILL SUMNER, LLP, Wilmington, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tigress Sydney Acute McDaniel appeals the district court's order (a) denying McDaniel's motions for an extension of time to respond to a pending dispositive motion and for leave to file a third amended complaint; and (b) granting Defendants' motions to dismiss and for judgment on the pleadings under Fed. R. Civ. P. 12(b)(6), (c).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *McDaniel v. Credit Mgmt., LP*, No. 5:23-cv-00408-D-RN (E.D.N.C. Jan. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*